UNITED STATES DISTRICT COURT

Middle District of North Carolina

| | | |
|---|---|---|
| JULIAN PEREZ-CARRILLO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | 1:05CV1101 |
| v. | ) | 1:00CR188-3 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

O-R-D-E-R

On December 15, 2005, in accordance with 28 U.S.C. § 636(b), the Recommendation of the United States Magistrate Judge was filed and notice was served on the parties in this action and a copy was given to the court.

Within the time limitation set forth in the statute, Petitioner objected to the Recommendation.

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's report. The court hereby adopts the Magistrate Judge's Recommendation.

IT IS HEREBY ORDERED that this action be DISMISSED for failure to obtain certification from the Fourth Circuit as required by 28 U.S.C. §§ 2244 and 2255 and

Fourth Circuit Local Rule 22(d). A judgment dismissing this action will be entered contemporaneously with this Order.

                                                                                     _____
                                                                                      UNITED STATES DISTRICT JUDGE

DATE: February 16, 2006